UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ] |
| | ] |
| vs. | ] 16-CR-323-LSC-WC |
| | ] |
| Joseph Leroy Thomas, | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Wallace Capel, Jr., United States Magistrate Judge [Doc. 56] entered the 13th day of January, 2017. Defendant made objections to the Report and Recommendation and this Court has reviewed those as well. This court has made a *de novo* determination of all of the issues addressed in the Report and Recommendation as well as the objections.

It is Ordered that the Report and Recommendation be and hereby is accepted as entered. This court adopts the Report and Recommendation as the Order of this court as if the same were set forth at this point *in extenso*.

Defendant's Motion to Suppress Evidence and Statements and to Compel Discovery [Doc. 39] is DENIED.

Done this 30th day of January, 2017.

                                              L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE